NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SECURE AXCESS, LLC,**
*Appellant*

**v**

**EMC CORPORATION, RSA SECURITY LLC,**
*Appellees*

---

2016-1354

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00475.

---

**JUDGMENT**

---

ANDREW J. WRIGHT, Bruster PLLC, Southlake, TX, argued for appellant. Also represented by ANTHONY KYLE BRUSTER; ERIC M. ALBRITTON, Albritton Law Firm, Longview, TX; ANDRE J. BAHOU, Secure Axcess, LLC, Plano, TX; GREGORY J. GONSALVES, Falls Church, VA.

WILLIAM F. LEE, Wilmer Cutler Pickering Hale and Dorr LLP, Boston, MA, argued for appellees. Also represented by PETER M. DICHIARA, MARK CHRISTOPHER FLEMING, CYNTHIA D. VREELAND; THOMAS A. BROWN, PAUL

T. Dacier, Krishnendu Gupta, EMC Corporation, Hopkington, MA.

_____

This Cause having been heard and considered, it is

Ordered and Adjudged:

Per Curiam (Lourie, Plager, and Taranto, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

Entered by Order of the Court

| February 21, 2017 | /s/Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |